UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
                                                  :

IN RE:                                                 :

SUNEDISON, INC. et al.,                    :         20-CV-10628 (JMF)

                      Debtors.                    :              ORDER

---------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      This bankruptcy appeal has been assigned to me for all purposes. The briefing schedule provided in the Federal Rules of Bankruptcy Procedures, specifically in Rule 8018, is not excused and is hereby adopted. The parties are advised that oral argument will not be held unless and until the Court orders otherwise.

      SO ORDERED.

Dated: December 17, 2020
       New York, New York                              JESSE M. FURMAN
                                                                        United States District Judge